No. 59929.—L. Skalny Basket Co. v. United States, protests 225243–K, 234404–K, and 237225–K (San Francisco).

Opinion by MOLLISON, J.   The protests were dismissed.

No. 59930.—Crown Abrasive Co., Inc. v. United States, protests 247185–K and 247488–K (New York).

Opinion by MOLLISON, J.   The protests were dismissed.